IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL TREBAS, et al.,

        Plaintiffs,                No. CIV S-09-1259 EFB P

        vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

      Plaintiffs are detainees at Atascadero State Hospital proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, plaintiffs' complaint concerns conditions at Atascadero State Hospital in San Luis Obispo, California which is in the Central District of California. 28 U.S.C. § 84(c). Therefore, in the interest of justice, this action is transferred to the United States District Court for the

1

1 | Central District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932
2 | (D.C. Cir. 1974).
3 |     So ordered.
4 | DATED: May 19, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE