UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03561 RGK (RZ) | Date | July 16, 2009 |
|---|---|---|---|
| Title | DANIEL TREBAS, ET AL. v. ARNOLD SCHWARZENEGGER, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
**ORDER TO SHOW CAUSE**

    Of the numerous plaintiffs in this action, only the first-named one, Daniel Trebas, has been granted leave to proceed *in forma pauperis*. The remaining plaintiffs have neither paid a filing fee nor presented applications to proceed *in forma pauperis*. The Court thus ORDERS Plaintiffs to show cause in writing, within 30 days, why all plaintiffs other than Trebas should not be dismissed from the action.

    If a normal filing fee is paid before the deadline, then the Court will discharge this show-cause order. In the alternative, if any of the non-Trebas plaintiffs present meritorious *in forma pauperis* applications within that time frame, the Court will discharge this order as to *those particular* plaintiffs. Attached to this Order is a copy of form CV-60 for plaintiffs' use.

    In that vein, the Court notes that Trebas's own *in forma pauperis* application, filed on May 7, 2009, is unsigned. Trebas shall file a signed, and substantively updated, application within 30 days. Otherwise, the Court may vacate its prior order granting him *in forma pauperis* status and/or dismiss him from the action.

    IT IS SO ORDERED.

Attachment: form CV-60

|  | : |  |
|---|---|---|
| | Initials of Preparer | igb |