UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, ET AL., <br><br> Defendants. | CASE NO. CV 09-03561 RGK (RZ) <br><br> ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court, having reviewed the First Interim Report and Recommendation of United States Magistrate Judge (the "Report"), and having reviewed *de novo* any matters as to which timely objections have been filed, hereby accepts the report and adopts it as its own. Accordingly, it is ORDERED that:

1. Daniel Trebas's *in forma pauperis* application is DENIED *nunc pro tunc*; and
2. the following plaintiffs are DISMISSED from the action WITHOUT PREJUDICE: Daniel Trebas, Larry Moff, William Berumen, Earl Simpson,

Daniel W. Johnson, Jeffrey Norris, Pham Tri, James Snell and Donald B. Dulaney.

IT IS SO ORDERED.

DATED: October 23, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE