O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS, ET AL., | CASE NO. CV 09-03561 RGK (RZ) |
| Plaintiffs, | |
| vs. | ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ARNOLD SCHWARZENEGGER, ET AL., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Second Report to which Plaintiffs have objected. The Court accepts the Second Report and adopts its findings and recommendations.

DATED: November 13, 2009

_Gary Klausner_

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE