O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS, ET AL., | CASE NO. CV 09-03561 RGK (RZ) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| ARNOLD SCHWARZENEGGER, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: November 13, 2009

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE